## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Vincent Lorino, :
                    Petitioner :
           :
          v. : No. 1217 C.D. 2019
           :
Workers' Compensation Appeal Board :
(Commonwealth of Pennsylvania), :
          Respondent :

**PER CURIAM**                    **O R D E R**

NOW, October 8, 2020, upon consideration of Petitioner's application for reargument, and Respondent's answer in response thereto, the application is denied.